UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Maria Marquez, § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | Civil Action No. 3:21-cv-01847-C | |
| § | | |
| Eldorado CW Investments, Ltd. § | | |
| d/b/a The Car Wash Zone, and § | JURY DEMAND | |
| ECWI, LLC, § | | |
| § | | |
| *Defendants*. § | | |

## ORDER ON PLAINTIFF MARIA MARQUEZ'S
## FIRST MOTION TO COMPEL DISCOVERY [INTERROGATORIES]

The Court, having considered Plaintiff Maria Marquez's First Motion to Compel Discovery [Interrogatories] and Brief in Support (the "Motion") and any response thereto including any supporting brief, is of the considered opinion that the Motion should be, and hereby is, GRANTED.

This Order addresses Defendant Eldorado CW Investments, Ltd. d/b/a The Car Wash Zone's objections and answers to Plaintiff Maria Marquez's first set of interrogatories.

It is therefore ORDERED that:

1. all objections and paragraphs under the heading *General Objections* are overruled and stricken;

2. all general objections incorporated in the answers to interrogatories 2, 2 [misnumbered], 6, 9, and 11 are overruled and stricken;

3. all prophylactic "to the extent that" objections to interrogatories 1, 5, and 6 are overruled and stricken;

4. all *subject to* language in the answers to interrogatories 1, 2, 2 [misnumbered], 6, 7, 9, and 11 is stricken;

5. the objections to interrogatories 1 and 5-10 are overruled;

6. within ten calendar days from the date of this order, Defendant Eldorado CW Investments, Ltd. d/b/a The Car Wash Zone shall serve amended objections and answers to Plaintiff Maria Marquez's first set of interrogatories to omit the overruled objections, omit the stricken language, and provide complete answers to interrogatories 1 and 5-10.

**So Ordered this \_\_\_\_\_ day of _____, 2022**.

_____