UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Maria Marquez, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-01847-C |
| | § | |
| Eldorado CW Investments, Ltd. | § | |
| d/b/a The Car Wash Zone, and | § | JURY DEMAND |
| ECWI, LLC, | § | |
| | § | |
| *Defendants.* | § | |

### ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER TO VACATE MEDIATION REQUIREMENT

The Court, having considered the Parties' Joint Motion to Modify Scheduling Order to Vacate Mediation Requirement, is of the opinion that the Motion should be, and hereby is, **DENIED**. The Parties shall participate in mediation as required by the Court's prior Scheduling Order.

So ordered this 26th day of September, 2022.

THE HONORABLE SAM CUMMINGS
SENIOR UNITED STATES DISTRICT COURT JUDGE