UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Maria Marquez, | § § § § | |
| *Plaintiff*, | | |
| v. | § § | Civil Action No. 3:21-cv-01847-C |
| Eldorado CW Investments, Ltd. d/b/a The Car Wash Zone, and ECWI, LLC, | § § § § § | JURY DEMAND |
| *Defendants*. | § | |

### UNOPPOSED SECOND MOTION TO EXTEND DEADLINE TO FILE RESPONSE, BRIEF, AND APPENDIX OPPOSING DEFENDANTS' SUMMARY JUDGMENT MOTION

1.  Plaintiff Maria Marquez — through undersigned counsel — respectfully requests that the Court extend through and including Monday, October 31, 2022, the deadline to file her response, brief, and appendix opposing Defendants' motion for summary judgment [ECF Doc. 19].

2.  Defendants do not oppose the requested extension of time through and including October 31, 2022. This would result in a combined total extension of one week. The current response deadline is October 26, 2022. The requested extension through Oc-

tober 31, 2022 should not affect other deadlines. The discovery deadline in this case is January 16, 2023 at 3:00 p.m. [ECF Doc. 7 ¶ 1(c)]. The jury trial setting is February 6, 2023 at 9:00 a.m. [ECF Doc. 7 ¶ 6].

3.  An extension through and including October 31, 2022 is what counsel for Maria Marquez originally requested in conference with defense counsel. Defendants initially agreed to two days. After further communications and conference, Defendants have now agreed to the full requested extension through and including October 31, 2022.

4.  The extension is requested due to the schedule of counsel primarily responsible for this filing — lead counsel Amy Gibson and David Wiley. That includes work concerning, travel to and from, and attendance at, a pretrial hearing on October 7, 2022 in a whistleblower case styled *Jackson v. Granbury SNF LLC et. al.* and pending in the 355th Judicial District Court of Hood County, Texas. It also includes work toward, and work with opposing counsel to avoid, an October 12, 2022 evidentiary hearing in the same case about whether defendants spoliated evidence. And it includes preparing for jury selection, assisting in selecting a jury, trial advice following openings, and associated travel time to and from Houston, from October 16, 2022 through October 17, 2022, in a Section 1981 case styled *Harris v. FedEx Corp.* and pending before Judge Kenneth Hoyt in the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

*/s/ Amy Gibson*

Ms. Amy E. Gibson
Texas Bar No. 00793801
amy@gwfirm.com

Mr. David L. Wiley
Texas Bar No. 24029901
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

Mr. Christopher Willett
Texas Bar No. 24061895
cwillett@equaljusticecenter.org

Ms. Caitlin Boehne
Texas Bar No. 24075815
cboehne@equaljusticecenter.org

Equal Justice Center
314 East Highland Mall Boulevard,
Suite 401
Austin, Texas 78752
T: (512) 474-0007
F: (512) 474-0008

*Attorneys for Maria Marquez*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies all of the following. On October 23, 2022, she emailed defense attorneys Mr. McComber and Mr. Yoon about a requested extension of time through October 31, 2022 to file a response, brief, and appendix in opposition to Defendants' summary judgment motion. On October 24, 2022, she spoke on the phone with defense attorney Mr. Yoon about the requested extension through October 31, 2022 and reasons for same. On October 24, 2022, lead defense attorney Mr. McComber emailed her to say Defendants do not oppose an extension of time through October 26, 2022 and that he was willing to confer in more detail if more time was needed. On October 24, 25, and 26, 2022 she emailed defense attorneys Mr. McComber and Mr. Yoon about the requested extension through October 31, 2022. On October 26, 2022, she spoke on the phone with defense attorney Mr. McComber, and Mr. McComber informed her that Defendants do not oppose an extension of time through and including October 31, 2022. Mr. McComber also then confirmed in an email that this requested relief is unopposed.

*/s/ Amy Gibson*
_____
Amy E. Gibson

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 26, 2022, she filed the foregoing *Unopposed Second Motion to Extend Deadline to File Response, Brief, and Appendix Opposing Defendants' Summary Judgment Motion* with the United States District Court for the Northern District of Texas through the CM/ECF system, such that Defendants should be served with a copy of the filed document as follows:

**VIA CM/ECF SYSTEM**
Mr. Ryan K. McComber
ryan.mccomber@figdav.com
Mr. John H. Yoon
john.yoon@figdav.com

Figari + Davenport , LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
T: (214) 939-2000
F: (214) 939-2090

*Attorneys for Defendants*

*/s/ Amy Gibson*

Amy E. Gibson