UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Maria Marquez, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-01847-C |
| | § | |
| Eldorado CW Investments, Ltd. | § | |
| d/b/a The Car Wash Zone, and | § | JURY DEMAND |
| ECWI, LLC, | § | |
| | § | |
| *Defendants*. | § | |

# ORDER ON UNOPPOSED SECOND MOTION TO EXTEND DEADLINE TO FILE RESPONSE, BRIEF, AND APPENDIX OPPOSING DEFENDANTS' SUMMARY JUDGMENT MOTION

The Court, having considered Plaintiff Maria Marquez's Unopposed Second Motion to Extend Deadline to File Response, Brief, and Appendix Opposing Defendants' Summary Judgment Motion, is of the opinion that the Motion should be, and hereby is, GRANTED.

Plaintiff Maria Marquez's deadline to file her response, brief, and appendix opposing Defendants' summary judgment motion is extended through and including October 31, 2022.

So ordered this _____ day of October, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT COURT JUDGE