IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA MARQUEZ, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:21-cv-01847-C |
| ELDORADO CW INVESTMENTS, LTD. d/b/a THE CAR WASH ZONE, and ECWI, LLC, | § § § § § | |
| *Defendants.* | § | |

## AGREED MOTION TO EXTEND PRETRIAL DEADLINES

Defendants Eldorado CW Investments, LTD. d/b/a The Car Wash Zone and ECWI, LLC and Plaintiff Maria Marquez (together, the "Parties"), file this agreed motion to extend pretrial deadlines and state:

1. On September 8, 2021, the Court issued a Scheduling Order [Dkt. 7], setting the case for trial at 9:00 a.m. on February 6, 2023.

2. On January 4, 2023, the Parties received a notice from United States Courts that "the United States District Court for the Northern District of Texas will implement a mandatory upgrade to the Next Generation of CM/ECF (NextGen)." The Parties were notified that the Northern District of Texas's electronic court filing system will be unavailable from January 13, 2023 at 5:00 p.m. through January 17, 2023 at 7:00 a.m. to perform this upgrade ("Scheduled Outage").

3. The Parties' various pretrial deadlines are January 16, 2023, during the Scheduled Outage.

4. The Parties request an extension of all applicable deadlines within the Scheduling

Order that fall within the scheduled outage to January 17, 2023 at 3:00 p.m. This extension will not result in the extension or continuance of any other deadlines in this case.

5.  The Parties have conferred and agreed to extend the pretrial deadlines.

6.  In view of the foregoing, the Parties respectfully request that the Court extend all deadlines in its Scheduling Order that fall within the Scheduled Outage to January 17, 2023 at 3:00 p.m.

Dated: January 6, 2023                    Respectfully submitted,

                                          By:    /s/ Amy E. Gibson
                                                 Amy E. Gibson
                                                 Texas Bar No. 00793801
                                                 amy@gwfirm.com
                                                 David L. Wiley
                                                 Texas Bar No. 24029901
                                                 david@gwfirm.com

                                          **GIBSON WILEY PLLC**
                                          1500 Jackson Street, #109
                                          Dallas, Texas 75201-4923
                                          (214) 522-2121
                                          (214) 522-2126 (fax)

                                          Christopher Willett
                                          Texas Bar No. 24061895
                                          cwillett@equaljusticecenter.org
                                          Caitlin Boehne
                                          Texas Bar No. 24075815
                                          cboehne@equaljusticecenter.org

                                          **EQUAL JUSTICE CENTER**
                                          314 East Highland Mall Boulevard
                                          Suite 401
                                          Austin, Texas 78752
                                          (512) 474-0007
                                          (512) 474-0008 (fax)

                                          ATTORNEYS FOR PLAINTIFF

By:   */s/ John H. Yoon*
Ryan M. McComber
Texas Bar No. 24041428
ryan.mccomber@figdav.com
John H. Yoon
Texas Bar No. 24125958
john.yoon@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 – fax

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I served the foregoing on Plaintiff, through her counsel of record, *via email* pursuant to the Court's scheduling order as follows:

Ms. Amy E. Gibson  amy@gwfirm.com
Mr. David L. Wiley  david@gwfirm.com
Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923

Mr. Christopher Willett  cwillett@equaljusticecenter.org
Ms. Caitlin Boehne  cboehne@equaljusticecenter.org
Equal Justice Center
314 East Highland Mall Boulevard
Suite 401
Austin, Texas 78752

ATTORNEYS FOR PLAINTIFF

*/s/ John H. Yoon*
John H. Yoon