IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA MARQUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ELDORADO CW INVESTMENTS, LTD. | ) |
| d/b/a *The Car Wash Zone*, and ECWI, LLC, | ) |
| | ) |
| Defendants. | )   Civil Action No. 3:21-CV-1847-C |

## ORDER

The Court, having considered Plaintiff's Motion to Compel Discovery [Interrogatories] and Brief in Support, along with Defendants' Response and Brief in Opposition, is of the opinion that the same should be **DENIED AS MOOT**. More specifically, Defendants represent to the Court that all general objections, "to the extent" objections, and "subject to" objections have been removed by amended responses, thereby mooting those issues. Further, Defendants represent that they have identified all relevant parties and fact witnesses as required under the Federal Rules of Civil Procedure.[1]

SO ORDERED.

Dated January __9__, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court expects that the Parties will abide by *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988).