IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA MARQUEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-01847-C |
| | § | |
| ELDORADO CW INVESTMENTS, LTD. | § | |
| d/b/a THE CAR WASH ZONE, and ECWI, | § | |
| LLC, | § | |
| | § | |
| *Defendants.* | § | |

### ORDER GRANTING AGREED MOTION FOR CONTINUANCE
### AND TO EXTEND PRETRIAL DEADLINES DUE TO OPEN HEART SURGERY

The Court, having considered the Parties' Agreed Motion for Continuance and to Extend Pretrial Deadlines Due to Open Heart Surgery (the "Motion"), is of the opinion that the Motion is well taken and should be granted. It is therefore

ORDERED that the Motion is GRANTED. It is further

ORDERED that the February 6, 2023 trial date in the Scheduling Order [Dkt. 7] is reset to _June 5_, 2023 on 9:00 a.m., and all pretrial deadlines are now extended to 21 days before this new trial date.

SO ORDERED.

SIGNED this _17th_ day of _January_, 2023.

_____
The Honorable Sam Cummings
Senior United States District Judge