IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA MARQUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ELDORADO CW INVESTMENTS, LTD. | ) |
| d/b/a *The Car Wash Zone*, and ECWI, LLC, | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:21-CV-1847-C |

## ORDER

The parties are instructed that they shall incorporate their opening statements with their respective *voir dire* examinations of the jury panel. Each side will be allowed up to thirty (30) minutes for the combined *voir dire* and opening statement.

SO ORDERED this 2nd day of May, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE