IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA MARQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:21-cv-01847-C |
| | § | |
| ELDORADO CW INVESTMENTS, LTD. | § | |
| D/B/A THE CAR WASH ZONE, AND | § | |
| ECWI, LLC, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Defendants file their certificate of interested parties pursuant to Federal Rule of Civil Procedure 7.1, and states:

1. **Maria Marquez**
   *Plaintiff*

2. **Gibson Wiley PLLC**
   Amy Gibson
   David Wiley
   *Attorneys for Plaintiff*

3. **Equal Justice Center**
   Shana Hope Khader
   Caitlin Boehne
   Christopher Willett
   *Attorneys for Plaintiff*

4. **Eldorado CW Investments, Ltd. d/b/a The Car Wash Zone**
   Edward Arshouk
   *Defendant*

5. **Figari +Davenport, LLP**
   Ryan McComber
   Nicole Munoz Huschka
   *Attorneys for Defendants*

6. **ECWI, LLC**
   Edward Arshouk
   *Defendant*

Dated: June 14, 2023

Respectfully submitted,

By: */s/ Ryan K. McComber*
Ryan K. McComber
Texas Bar No. 24041428
ryan.mccomber@figdav.com
Nicole Muñoz Huschka
Texas Bar No. 24098153
nicole.munoz@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000 – telephone
(214) 939-2090 – facsimile

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF, and all others via email.

*/s/ Ryan K. McComber*
Ryan K. McComber