IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:21-cv-01847-K

2. Style of case: MARQUEZ v. ELDORADO CW INVESTMENTS LTD., et al.

3. Nature of suit: Employment

4. Method of ADR used: ✓ Mediation    Mini-Trial    Summary Jury Trial

5. Date ADR session was held: February 20, 2024

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.    ☐ Settled, in part, as a result of ADR.
   ✓ Settled as a result of ADR.    ☐ Parties were unable to reach settlement.
   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: $3,000

8. Duration of ADR: Half Day    (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   1. Maria Marquez - Plaintiff
   2. Amy Gibson - Plaintiff's Attorney
   3. Christopher Willett - Plaintiff's Attorney
   3. Edward Arshouk - Defendants' Representative
   4. Ryan McComber - Defendant's Attorney

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    Signature: [signature]    Date: February 22, 2024

    Address: 12720 Hillcrest Rd., Suite 1042 Dallas, TX 75230
    Telephone: 682-313-9656

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

Name: Amy E Gibson
Firm: Gibson Wiley PLLC
Address: 1500 Jackson Street #109
Dallas, TX 75201
Phone: 214-522-2121

Name: Christopher Joseph Willett
Firm: Equal Justice Center
Address: 314 E. Highland Mall Blvd. Ste 401
Austin, TX 78752
Phone: 512-474-0007

Name: Ryan Kent McComber
Firm: Figari Davenport, LLP
Address: 901 Main Street, Suite 3400
Dallas, TX 75202
Phone: 214-939-2014

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone: