IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA MARQUEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-01847-K |
| | § | |
| ELDORADO CW INVESTMENTS, LTD. | § | |
| d/b/a THE CAR WASH ZONE, and | § | |
| ECWI, LLC, | § | |
| | § | |
| *Defendants.* | § | |

## AGREED MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

Plaintiff and Defendants (together, the "Parties") submit this Agreed Motion for Extension of Time to File Dismissal Documents, and state:

1. On February 22, 2024, the Parties advised the Court that the Parties reached an informal settlement resolving all issues and claims in the case and seeking to stay all deadlines while the Parties formalize and execute a settlement agreement.

2. On February 22, 2024, the Court entered an Administrative Closing Order, setting a deadline for the Parties to submit a stipulation of dismissal or proposed order seeking final determination of these proceedings based on settlement or any appropriate supporting documents on or before April 22, 2024 (Dkt. 80).

3. The Parties request a brief one-week extension of time up to and including April 29, 2024, to file and submit the appropriate dismissal documents. Good cause exists for this request because the Parties have encountered unforeseen delays in finalizing the settlement agreement and settlement payments agreed upon therein; however, the settlement agreement terms have been

agreed, and therefore, the Parties only need additional time in order to finalize the agreement and issue settlement agreement payments.

    4.    As a result, the Parties respectfully request this extension.

**AGREED TO:**

| | |
|---|---|
| *By: /s/ Nicole Muñoz Huschka* | *By: /s/ Amy E. Gibson* |
| Mr. Ryan K. McComber | Ms. Amy E. Gibson |
| Texas Bar No. 24041428 | Texas Bar No. 00793801 |
| ryan.mccomber@figdav.com | amy@gwfirm.com |
| Nicole Muñoz Huschka | Mr. David L. Wiley |
| Texas Bar No. 24098153 | Texas Bar No. 24029901 |
| nicole.munoz@figdav.com | david@gwfirm.com |
| | |
| Figari & Davenport, LLP | Gibson Wiley PLLC |
| 901 Main Street, Suite 3400 | 1500 Jackson Street #109 |
| Dallas, Texas 75202 | Dallas, Texas 75201-4923 |
| T: (214) 939-2000 | T: (214) 522-2121 |
| F: (214) 939-2090 | F: (214) 522-2126 |
| | |
| *Attorneys for Defendants* | Mr. Christopher Willett |
| | Texas Bar No. 24061895 |
| | cwillett@equaljusticecenter.org |
| | Equal Justice Center |
| | 314 East Highland Mall Boulevard, Suite 401 |
| | Austin, Texas 78752 |
| | T: (512) 474-0007 |
| | F: (512) 474-0008 |
| | |
| | *Attorneys for Maria Marquez* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.