IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA MARQUEZ, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:21-cv-01847-K |
| ELDORADO CW INVESTMENTS, LTD. d/b/a THE CAR WASH ZONE, and ECWI, LLC, | § § § § | |
| *Defendants.* | § § | |

**AGREED ORDER FOR EXTENSION OF TIME TO
FILE DISMISSAL DOCUMENTS**

Plaintiff and Defendants (together, the "Parties") filed an Agreed Motion for Extension of Time to File Dismissal Documents (the "Motion") (Dkt. 81). The Court, having considered the Motion, and otherwise being fully advised, is of the opinion the Motion should be GRANTED. It is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **April 29, 2024**.

SIGNED this _____ day of _____, 2024.

_____
United States District Judge

Agreed:

By: */s/ Nicole Muñoz Huschka*
Mr. Ryan K. McComber
Texas Bar No. 24041428
ryan.mccomber@figdav.com
Nicole Muñoz Huschka
Texas Bar No. 24098153
nicole.munoz@figdav.com

Figari & Davenport, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
T: (214) 939-2000
F: (214) 939-2090

*Attorneys for Defendants*

By: */s/ Amy E. Gibson*
Ms. Amy E. Gibson
Texas Bar No. 00793801
amy@gwfirm.com
Mr. David L. Wiley
Texas Bar No. 24029901
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

By: _____
Mr. Christopher Willett
Texas Bar No. 24061895
cwillett@equaljusticecenter.org
Equal Justice Center
314 East Highland Mall Boulevard,
Suite 401
Austin, Texas 78752
T: (512) 474-0007
F: (512) 474-0008

*Attorneys for Maria Marquez*