IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA MARQUEZ, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:21-cv-01847-K |
| ELDORADO CW INVESTMENTS, LTD. d/b/a THE CAR WASH ZONE, and ECWI, LLC, | § § § § § | |
| *Defendants.* | § | |

### AGREED MOTION TO STAY DEADLINES AND ADMINISTRATIVELY CLOSE CASE PENDING COMPLETION OF SETTLEMENT PAYMENTS

Plaintiff and Defendants (together, the "Parties") submit this Agreed Motion to Stay Deadlines and Administratively Close the Case Pending Completion of Settlement Payments, and state:

1. The Parties state that all matters in controversy have been settled, and the Parties have signed a formal, written settlement agreement; however, the settlement agreement terms require twelve monthly installment payments, which will not be complete until around April 27, 2025 subject to a grace period and late payments.

2. Until all installment payments of the settlement agreement are completed, the Parties request to stay the proceedings in this case, and therefore request the Court enter an order staying and/or administratively closing until June 14, 2025, before which time the Parties will submit the appropriate dismissal pleadings.

**AGREED TO:**

By: /s/ Nicole Muñoz Huschka
Ryan K. McComber
Texas Bar No. 24041428
ryan.mccomber@figdav.com
Nicole Muñoz Huschka
Texas Bar No. 24098153
nicole.munoz@figdav.com

Figari & Davenport, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
T: (214) 939-2000
F: (214) 939-2090

*Attorneys for Defendants*

By: /s/ Amy E. Gibson
Amy E. Gibson
Texas Bar No. 00793801
amy@gwfirm.com
David L. Wiley
Texas Bar No. 24029901
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

Mr. Christopher Willett
Texas Bar No. 24061895
cwillett@equaljusticecenter.org
Equal Justice Center
314 East Highland Mall Boulevard,
Suite 401
Austin, Texas 78752
T: (512) 474-0007
F: (512) 474-0008

*Attorneys for Maria Marquez*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

/s/ Nicole Muñoz Huschka
Nicole Muñoz Huschka