IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA MARQUEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-01847-K |
| | § | |
| ELDORADO CW INVESTMENTS, LTD. | § | |
| d/b/a THE CAR WASH ZONE, and | § | |
| ECWI, LLC, | § | |
| | § | |
| *Defendants.* | § | |

**AGREED ORDER GRANTING AGREED MOTION TO STAY AND ADMINISTRATIVELY CLOSE CASE PENDING COMPLETION OF SETTLEMENT PAYMENTS**

Plaintiff and Defendants (together, the "Parties") filed an Agreed Motion to Stay Deadlines and Administratively Close Case Pending Completion of Settlement Payments (the "Motion") (Dkt. 83). The Court, having considered the Motion, and otherwise being fully advised, is of the opinion the Motion should be GRANTED. It is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the case is administratively closed, deadlines are stayed, and the Parties shall submit dismissal pleadings and any appropriate supporting filings on or before **June 14, 2025**.

SIGNED this ____ day of _________________, 2024.

_________________________________
United States District Judge

**AGREED:**

*By: /s/ Nicole Muñoz Huschka*
Ryan K. McComber
Texas Bar No. 24041428
ryan.mccomber@figdav.com
Nicole Muñoz Huschka
Texas Bar No. 24098153
nicole.munoz@figdav.com

Figari & Davenport, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
T: (214) 939-2000
F: (214) 939-2090

*Attorneys for Defendants*

*By: /s/ Amy E. Gibson*
Amy E. Gibson
Texas Bar No. 00793801
amy@gwfirm.com
Mr. David L. Wiley
Texas Bar No. 24029901
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

Mr. Christopher Willett
Texas Bar No. 24061895
cwillett@equaljusticecenter.org
Equal Justice Center
314 East Highland Mall Boulevard,
Suite 401
Austin, Texas 78752
T: (512) 474-0007
F: (512) 474-0008

*Attorneys for Maria Marquez*