UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Maria Marquez, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:21-cv-01847-K |
| Eldorado CW Investments, Ltd. d/b/a The Car Wash Zone, and ECWI, LLC, | § § § § | JURY DEMAND |
| *Defendants*. | § § | |

## JOINT NOTICE CONCERNING SETTLEMENT

Plaintiff Maria Marquez ("Maria") and Defendant Eldorado CW Investments, Ltd. d/b/a The Car Wash Zone ("Eldorado") file this joint notice pursuant to the Court's May 15, 2024 Electronic Order. They notify the Court that Eldorado completed all settlement payments on or about May 1, 2025.

Respectfully submitted,

| */s/ Ryan McComber by A. Gibson at direction of R. McComber* | */s/ Amy Gibson* |
|---|---|
| Mr. Ryan K. McComber<br>Texas Bar No. 24041428<br>ryan.mccomber@figdav.com<br><br>Figari & Davenport, LLP<br>901 Main Street, Suite 3400<br>Dallas, Texas 75202<br>T: (214) 939-2000<br>F: (214) 939-2090<br><br>*Attorneys for Defendants* | Ms. Amy E. Gibson<br>Texas Bar No. 00793801<br>amy@gwfirm.com<br><br>Mr. David L. Wiley<br>Texas Bar No. 24029901<br>david@gwfirm.com<br><br>Gibson Wiley PLLC<br>1500 Jackson Street #109<br>Dallas, Texas 75201-4923<br>T: (214) 522-2121<br>F: (214) 522-2126<br><br>Mr. Christopher Willett<br>Texas Bar No. 24061895<br>cwillett@equaljusticecenter.org<br><br>Equal Justice Center<br>314 East Highland Mall Boulevard, Suite 401<br>Austin, Texas 78752<br>T: (512) 474-0007<br>F: (512) 474-0008<br><br>*Attorneys for Maria Marquez* |