UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Maria Marquez, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-01847-K |
| | § | |
| Eldorado CW Investments, Ltd. | § | |
| d/b/a The Car Wash Zone, and | § | JURY DEMAND |
| ECWI, LLC, | § | |
| | § | |
| *Defendants*. | § | |

## JOINT MOTION TO DISMISS DUE TO SETTLEMENT

Plaintiff Maria Marquez ("Marquez") and Defendant Eldorado CW Investments, Ltd. d/b/a The Car Wash Zone ("Eldorado") settled this civil action. Eldorado completed all settlement payments on or about May 1, 2025. Ms. Marquez and Eldorado jointly move to dismiss all claims of all parties with prejudice. Other than as provided or allocated in the parties' settlement agreement, each party is to bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Ryan McComber by A. Gibson at direction of R. McComber* | */s/ Amy Gibson* |
| Mr. Ryan K. McComber<br>Texas Bar No. 24041428<br>ryan.mccomber@figdav.com<br><br>Figari & Davenport, LLP<br>901 Main Street, Suite 3400<br>Dallas, Texas 75202<br>T: (214) 939-2000<br>F: (214) 939-2090<br><br>*Attorneys for Defendants* | Ms. Amy E. Gibson<br>Texas Bar No. 00793801<br>amy@gwfirm.com<br><br>Mr. David L. Wiley<br>Texas Bar No. 24029901<br>david@gwfirm.com<br><br>Gibson Wiley PLLC<br>1500 Jackson Street #109<br>Dallas, Texas 75201-4923<br>T: (214) 522-2121<br>F: (214) 522-2126<br><br>Mr. Christopher Willett<br>Texas Bar No. 24061895<br>cwillett@equaljusticecenter.org<br><br>Equal Justice Center<br>314 East Highland Mall Boulevard, Suite 401<br>Austin, Texas 78752<br>T: (512) 474-0007<br>F: (512) 474-0008<br><br>*Attorneys for Maria Marquez* |